NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EON-NET, L.P.,**

*Plaintiff/Sanctioned Party-Appellant,*

**and**

**ZIMMERMAN & LEVI, L.L.P. and JEAN-MARC ZIMMERMAN,**

*Sanctioned Parties-Appellants,*

v.

**FLAGSTAR BANCORP,**

*Defendant-Appellee.*

---

2009-1308

---

Appeal from the United States District Court for the Western District of Washington in case no. 05-CV-2129, Judge Ricardo S. Martinez.

---

## ON MOTION

---

## ORDER

Flagstar Bancorp moves for an extension of time, until July 21, 2010, to respond to the pending motion to stay.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The revised official caption is reflected above.

FOR THE COURT

JUL 15 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jean-Marc Zimmerman, Esq.
Melissa J. Baily, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK